## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**GEORGE BIRNEY,**
**AUDREY BIRNEY,**
                              **Plaintiffs,**

-vs-                                                          Case No.  **6:07-cv-803-Orl-18KRS**

**MENU FOODS, INC.,**
                              **Defendant.**
_____

## ORDER

    **IT IS HEREBY ORDERED** that the Clerk of the Court is directed to **REASSIGN** this case to another District Judge for all further proceedings.

    **DONE** and **ORDERED** in Orlando, Florida, this 15th day of May, 2007.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Court Operations Supervisor

Dockets.Justia.com