UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO. 6:07-CV-803-ORL-18KRS

GEORGE BIRNEY and
AUDREY BIRNEY,

    Plaintiffs,

vs.

MENU FOODS, INC., *et al.*

    Defendants.
_____/

## **DEFENDANT'S NOTICE OF FILING EXHIBIT "C," PART IV, IN SUPPORT OF ITS MOTION TO STAY ALL PROCEEDINGS**

NOTICE IS HEREBY given the Court that Defendant, MENU FOODS INC., by and through its undersigned counsel, files the Multi District Litigation Motion filed by Plaintiffs, Tom Whaley, Stacey Heller, Toinette Robinson, David Rapp, Cecily and Terrance Mitchelle, Suzanne E. Johnson, Craig R. Klemann, Audrey Kornelius, Barbara Smith, Michelle Suggett and Don James, seeking to transfer their case and numerous other cases involving alleged injuries and/or death arising out of the purchase and/or consumption of pet food manufactured by Defendants to the Western District of Washington, as Defendant's **EXHIBIT C-IV** in support of its Motion to Stay all Proceedings (Doc. No. 3), filed under separate cover due to the voluminous nature of the exhibit.

Dated:   May 15, 2007                                 Respectfully submitted,

        By: ***/s/ Robert D. McIntosh***
        Robert D. McIntosh (FBN: 115490)
        Email: rdm@adorno.com
        **ADORNO & YOSS LLP**
        888 S.E. 3rd Avenue, Suite 500
        Fort Lauderdale, Florida 33316-1159
        Phone: (954) 523-5885
        Fax: (954) 760-9531
        Attorneys for Defendant, Menu

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By: ***/s/ Robert D. McIntosh***
        Robert D. McIntosh (FBN: 115490)

**BIRNEY v. MENU FOODS,** *et al*
**SERVICE LIST – 6:07-CV-803-ORL-18KRS**

Luis G. Figueroa, Esq.
Martinez, Manglardi, Diez-Arguelles & Tejedor
Attorneys Trial Group
540 N. Semoran Boulevard
Orlando, Florida  32807
P: 407-381-4123
lfigueroa@attorneystrialgroup.com

*Attorneys for Plaintiff*

Robert D. McIntosh, Esq.
Adorno & Yoss, LLP
*Attonreys for Menu Defendants*
888 Southeast 3rd Avenue, Suite 500
Fort Lauderdale, Florida  33316
Telephone: 954-523-5885
Telefax: 954-760-9531
E-Mail: rdm@adorno.com