# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| GEORGE BIRNEY and AUDREY BIRNEY          Plaintiffs, | ) ) ) ) ) ) ) ) ) ) |
| v. | |
| MENU FOODS, INC., *et. al.*          Defendants, | |

Case No. 6:07-cv-803-ORL-18KRS

Judge Anne C. Conway

June 27, 2007

### NOTICE OF MULTIDISTRICT CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407 AND REQUEST TO CONTINUE STAY

On June 19, 2007, the Judicial Panel on Multidistrict Litigation (the "JPML") issued the attached Transfer Order, creating a new multidistrict proceeding entitled *In re Pet Food Products Liability Litigation* (the "MDL"), and assigning the MDL to Judge Noel L. Hillman of the District of New Jersey.

As required by Rules 1.1, 7.4, and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, this case has been identified to the Panel as a "tag-along" case. (see attached Notice of Related Action submitted to the JPML, dated May 31, 2007.)

In light of the likely imminent transfer of this case, the current stay of proceedings should remain in place pending transfer to the MDL, in order to serve the interests of judicial economy.

Dated:   June 28, 2007
         Fort Lauderdale, Florida

Respectfully submitted,

By: */s/ Robert D. McIntosh*
Robert D. McIntosh (FBN: 115490)
Email: rdm@adorno.com
**ADORNO & YOSS LLP**
888 S.E. 3rd Avenue, Suite 500
Fort Lauderdale, Florida 33316-1159
Phone: (954) 523-5885
Fax: (954) 760-9531
Attorneys for Defendant, MENU FOODS, INC.

{013804.0109/L4127577_1}

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Robert D. McIntosh*
Robert D. McIntosh (FBN: 115490)

**BIRNEY v. MENU FOODS**
**SERVICE LIST – 6:07-CV-803-ORL-18KRS**

Luis G. Figueroa, Esq.
Martinez, Manglardi, Diez-Arguelles & Tejedor
Attorneys Trial Group
540 N. Semoran Boulevard
Orlando, Florida 32807
P:   407-381-4123
lfigueroa@attorneystrialgroup.com

*Attorneys for Plaintiffs*

_____

Robert D. McIntosh, Esq.
Adorno & Yoss, LLP
888 Southeast 3rd Avenue, Suite 500
Fort Lauderdale, Florida  33316
P: 954-523-5885
rdm@adorno.com

*Attorneys for Defendant, Menu Foods, Inc.*