**MDL 1850**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

MAY 3 1 2007

FILED
CLERK'S OFFICE

|  |  |
|---|---|
| IN RE PET FOOD | ) |
| PRODUCTS LIABILITY LITIGATION | ) |

)
)
)
)
)
)

**MDL Docket No. 1850**

### NOTICE OF POTENTIAL TAG ALONG ACTIONS

NOW COME the Defendants collectively referred to as "Menu Foods," by and through

their attorneys, PRETZEL & STOUFFER, CHARTERED, and pursuant to Rule 7.4 of the Rules

of Procedure of the Judicial Panel on Multidistrict Litigation, hereby submits the following list of

potential tag along actions:

1.  A.  *Gary Bruski, Individually and on behalf of all Other Similarly Situated v. Menu Foods, Inc., a Canadian Corporation; Nutro Products, Inc., a California Corpoaration; and Petsmart, Inc., an Arizona Corporation*

    B.  United States District Court for the Northern District of Illinois (Chicago)

    C.  1:07-CV-02183

    D.  Judge Wayne Andersen

2.  A.  *Diane Swarberg, individually and on behalf of all others similarly situated v. Menu Foods Holding Inc., The Iams company and Does 1 through 100, inclusive*

    B.  United States District Court for the Southern District of California (San Diego)

    C.  3:07-CV-00706

    D.  Judge John A. Houston

**OFFICIAL FILE COPY**

2007 MAY 31 A 10: 50
RECEIVED CLERK'S OFFICE

IMAGED JUN 5 2007

PLEADING NO. 51

3.    A.    *Jayne Englander, an individual and Mitch Englander, an individual, on behalf of themselves, the general public, all others similarly situated, and as owners and guardians of Sparky and Bailey*

      B.    United States District Court for the Central District of California - WesternDivision (Los Angeles)

      C.    2:07-CV-02964

      D.    Judge Christina A. Snyder

4.    A.    *Sandra L. Gray, Individually and All Other Persons Similarly Situated; Nick Jackson, As Husband and All Other Person Similarly Situated and Deena Jackson, As Wife and All Other Persons Similarly Situated v. Menu Foods, Menu Foods Income Fund, Menu Foods Gen Par Limited, Menu Foods Limited Partnership, Menu Foods Operating Partnership, Menu Foods Midwest Corporation, Menu Foods South Dakota, Menu Foods, Inc., Menu Foods Holdings, Inc., Walmart Stores, Inc. And Xuzhou Anying Biologic Technology Development Co., Ltd.*

      B.    United States District Court for the Western District of Arkansas (Fayetteville)

      C.    5:07-CV-05065

      D.    Judge Robert T. Dawson

5.    A.    *Ken Wahl, Shane Barbi, Sia Barbi, Jennifer Hart, Sheila R. Washington, Maria Mitchell, individually and on behalf of all individuals similarly situated v. Menu Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota Inc., Menu Foods Inc., Menu Foods Holdings Inc., Del Monte Foods Company, Nestle Purina Petcare Company, Hills Pet Nutrition, Nutro Products Inc., Petco Animal Supplies Stores Inc., Petco Animal Supplies Inc., Petco Southwest Inc., Petsmart Inc., and The IAMS Company*

      B.    United States District Court for the Central District of California - Western Division (Los Angeles)

      C.    2:07-CV-02779

      D.    Judge George H. King

6.  A.  *Robert Payne and Steve Bartilucci v. Menu Foods, Inc., a New Jersey Corporation; Petco Animal Supplies, Inc., a Delaware Corporation; Safeway, Inc., a Delaware Corporation, The Proctor & Gamble Company, an Ohio Corporation; and DOES 1 through 50*

    B.  United States District Court for the Southern District of California (San Diego)

    C.  3:07-CV-00705

    D.  Judge John A. Houston

7.  A.  *Judy McGuriman, individually and on behalf of all others similarly situated v. Menu Foods Limited, a Canadian business entity trading as Menu Foods; Menu Foods, Inc., a New Jersey corporation trading as Menu Foods*

    B.  United States District Court for the District of New Jersey (Camden)

    C.  1:07-CV-02205

    D.  Judge Noel L. Hillman

8.  A.  *Olivia Guercioni, Individually, and on behalf of others that are similarly situated v. Menu Foods Limited, doing business as Menu Foods; Menu Foods Inc.; Menu Foods Midwest Corporation; JOHN DOES 1-10; and ABC CORPS 1-15*

    B.  United States District Court for the District of New Jersey (Camden)

    C.  1:07-CV-02202

    D.  Judge Noel L. Hillman

9.  A.  *Kelly Finestone, on behalf of herself, similarly situated consumers, and the general public v. Menu Foods, Inc., a Canadian Corporation; The IAMS Company, an Ohio Corporation; Petco Animal Supplies Inc., a Delaware Corporation; DOES 1 through 500 inclusive; and Chemnutra Inc., sued and served herein as DOE No. 3*

    B.  United States District Court for the Central District of California - Western Division (Los Angeles)

       C.      2:07-CV-02338

       D.      Judge Christina A. Synder

10.     A.     *Loren Byers and Camilla Brankov, individually and on behalf of all others similarly situated v. Menu Foods Income Fund; Menu Foods, Inc., a New Jersey Corporation; Menu Foods Midwest Corp., a Delaware Corporation; Menu Foods Limited; Menu Foods Operating Limited Partnership; Menu Foods South Dakota Corp., and DOES 1-50*

       B.      United States District Court for the District of New Jersey (Camden)

       C.      1:07-CV-01747

       D.      Judge Noel L. Hillman

11.     A.     *Heather Amro, on behalf of herself and all others similarly situated v. Menu Foods Income Fund; Menu Foods, Inc., a New Jersey Corporation; Menu Foods Holdings, Inc.; Menu Foods Midwest Corporation, a Delaware Corporation; Chemnutra, Inc., a Delaware Corporation; Chemnutra LLC; The Proctor & Gamble Company, an Ohio Corporation; and The IAMS Company*

       B.      United States District Court for the Northern District of Illinois (Chicago)

       C.      1:07-CV-02162

       D.      Judge Wayne Andersen

12.     A.     *George Birney and Audrey Birney v. Menu Foods, Inc.*

       B.      United States District Court for the Middle District of Florida (Orlando)

       C.      6:07-CV-00803

       D.      Judge Anne C. Conway

13.     A.     *Hayley Ford, individually, for class members, and on behalf of other members of the public similarly situated and Shannon J. Kramer, individually, for class members, and on behalf of other members of the public similarly situated v. Menu*

*Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc., Menu Foods, Inc., Menu Foods Holdings, Inc., Del Monte Foods Company, Nestle Purina Petcare Company, Hills Pet Nutrition, Nutro Products, Inc., Wal-Mart Stores, Petco Animal Supplies, Inc., Petco Southwest, Inc., Petco Animal Supplies Stores, Inc., The IAMS Company, Fry's Food Centers, Smith's Food and Drug Centers, Inc., Kroger co., Chemnutra, Inc., and Petsmart*

B.   United States District Court for the Southern District of California (San Diego)

C.   3:07-CV-00734

D.   Judge John A. Houston

14.   A.   *Laura Migliore v. Menu Foods, a foreign corporation*

B.   United States District Court for the Western District of Washington (Seattle)

C.   2:07-CV-00575

D.   Judge Robert S. Lasnik

15.   A.   *Gail Moran v. Menu Foods, a foreign corporation*

B.   United States District Court for the Western District of Washington (Seattle)

C.   2:07-CV-00576

D.   Judge John C. Coughenour

16.   A.   *Sheryl Puett v. Menu Foods, a foreign corporation*

B.   United States District Court for the Western District of Washington (Seattle)

C.   2:07-CV-00577

D.   Judge Robert s. Lanik

17.   A.   *Mark Cashman, Individually and on behalf of all others similarly situated and Ciro Aiello, Individually and on behalf of all others similarly situated v. Menu*

*Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods Limited, Menu Foods Inc., Menu Foods Holdings Inc., The Procter & Gamble Company, The Iams Company, Chemnutra Inc. and John Does No. 1 through 100*

B.     United States District Court for the Southern District of New York (Foley Square)

C.     1:07-CV-03236

D.     Judge Jed S. Rakoff

18.     A.     *Megan Connerton and Kimberly Mello v. Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods Limited, Menu Foods Inc., Menu Foods Holdings, Inc., The Iams Company, Nutro Products, Inc., Target Corporation, ChemNutra Inc. and Xuzhou Anying Biologic Technology Development Company Ltd.*

B.     United States District Court for the District of Massachusetts (Boston)

C.     1:07-CV-10797

D.     Judge Douglas P. Woodlock

19.     A.     *Sonja Foxe, on behalf of herself and all others similarly situated v. Menu Foods, Inc., Menu Foods Income Fund, Safeway Inc. And John Does 1 through 100*

B.     United States District Court for the Northern District of Illinois (Chicago)

C.     1:07-CV-02237

D.     Judge Wayne Andersen

20.     A.     *Wendy Krosschell, on behalf of herself and all others similarly situated v. Menu Foods Income Fund, Menu Foods, Inc., Menu Foods Holdings, Inc., Menu Foods Midwest Corporation, ChemNutra LLC and ChemNutra Inc.*

B.     United States District Court for the District of Minnesota

C.     0:07-CV-02108

D.     Judge Ann D. Montgomery

6

21.    A.    *Daniel Ray Reeves, individually and on behalf of all others similarly situated v. Menu Foods, a foreign corporation*

       B.    United States District Court for the Western District of Washington (Seattle)

       C.    2:07-CV-00634

       D.    Judge John C. Coughenour

22.    A.    *Nancy Guthire, individually and on behalf of all others similarly situated v. Menu Foods, a foreign corporation*

       B.    United States District Court for the Western District of Washington (Tacoma)

       C.    3:07-CV-05205

       D.    Judge Robert J. Bryan

23.    A.    *Jeff Rusiecki, individually and on behalf of all others similarly situated v. Menu Foods, a foreign corporation*

       B.    United States District Court for the Western District of Washington (Tacoma)

       C.    3:07-CV-05204

       D.    Judge Robert J. Bryan

24.    A.    *Penny J. Roberts and Donald Gilbert Iverson v. Menu Foods Income Fund; Menu Foods, Inc.; Menu Foods Holdings, Inc.; Menu Foods Midwest Corporation; Chemnutra Inc.; and Chemnutra LLC*

       B.    United States District Court for the Western District of Wisconsin (Madison)

       C.    07-CV-0248

       D.    Judge Barbara B. Crabb

25.    A.    *Sheree A. Robinson, individually and on behalf of all others similarly situated v.*

7

*Menu Foods, a foreign corporation*

B.    United States District Court for the Western District of Washington (Seattle)

C.    2:07-CV-00666

D.    Judge Robert S. Lasnik

26.    A.    *Phyllis A. Ullman, individually and on behalf of all others similarly situated v. Menu Foods, a foreign corporation*

B.    United States District Court for the Western District of Washington (Seattle)

C.    2:07-CV-00667

D.    Judge Marsha J. Pechman

27.    A.    *Megan Whitt, individually and on behalf of all others similarly situated v. Menu Foods, a foreign corporation*

B.    United States District Court for the Western District of Washington (Seattle)

C.    2:07-CV-00670

D.    Judge Ricardo S. Martinez

28.    A.    *Elizabeth Palmer, individually and on behalf of all others similarly situated v. Menu Foods, a foreign corporation*

B.    United States District Court for the Western District of Washington (Seattle)

C.    2:07-CV-00668

D.    Judge James L. Robart

29.    A.    *Jason Labbate, individually and on behalf of all others similarly situated v. Menu Foods, a foreign corporation*

B.    United States District Court for the Western District of Washington (Seattle)

8

C.    2:07-CV-00669

D.    Judge Monica J. Benton

30.   A.    *Margaret Picus v. Wal-Mart Stores, Inc.; Menu Foods Inc.; Del Monte Foods Company; Sunshine Mills, Inc.; and ChenNutra Inc.*

B.    United States District Court for the District of Nevada (Las Vegas)

C.    2:07-CV-00686

D.    Judge Roger L. Hunt

31.   A.    *Lerae Dineen, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

B.    United States District Court for the Western District of Washington (Seattle)

C.    2:07-CV-00686

D.    Judge Marsha J. Pechman

32.   A.    *Deborah A. Mullen, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

B.    United States District Court for the Western District of Washington (Seattle)

C.    2:07-CV-00689

D.    Judge James L. Robart

33.   A.    *Helen Percy, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

B.    United States District Court for the Western District of Washington (Seattle)

C.    2:07-CV-00690

D.    Judge Robert S. Lasnik

34. A.  *Sandra Shingle, individually and on behalf of all others similarly situated* v.
        *Menu Foods, a foreign corporation*

    B.  United States District Court for the Western District of Washington (Seattle)

    C.  2:07-CV-00687

    D.  Judge Marsha J. Pechman


35. A.  *GaryThomas, individually and on behalf of all others similarly situated* v. *Menu
        Foods, a foreign corporation*

    B.  United States District Court for the Western District of Washington (Seattle)

    C.  2:07-CV-00688

    D.  Judge Thomas S. Zilly


36. A.  *Linda Weitz, individually and on behalf of all others similarly situated* v. *Menu
        Foods, a foreign corporation*

    B.  United States District Court for the Western District of Washington (Seattle)

    C.  2:07-CV-00684

    D.  Judge Ricardo S. Martinez


37. A.  *Richard Schwinger, Individually and all other Persons Similarly Situated v. Menu
        Foods; Menu Foods Income Fund; Menu Foods Gen Par Limited; Menu Foods
        Limited Partnership; Menu Foods Operating Partnership; Menu Foods Midwest
        Corp; Menu Foods South Dakota; Menu Foods, Inc.; Menu Foods Holdings, Inc.;
        Wal-Mart Stores Inc.; and Del Monte Foods, Inc.*

    B.  United States District Court for the Western District of Missouri (Joplin)

    C.  3:07-CV-05041

    D.  Judge Sarah W. Hays


10

38.  A.  *Tony Boyer, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

     B.  United States District Court for the Western District of Washington (Seattle)

     C.  2:07-CV-00746

     D.  Judge Robert S. Lasnik


39.  A.  *Norman Brenton, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

     B.  United States District Court for the Western District of Washington (Seattle)

     C.  2:07-CV-00747

     D.  Judge John C. Coughenour


40.  A.  *Teresa Eilers, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

     B.  United States District Court for the Western District of Washington (Seattle)

     C.  2:07-CV-00749

     D.  Judge Thomas S. Zilly


41.  A.  *Paula Monk, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

     B.  United States District Court for the Western District of Washington (Seattle)

     C.  2:07-CV-00745

     D.  Judge John C. Coughenour


42.  A.  *Lynda Nagel, individually and on behalf of all others similarly situated* v. *Menu Foods, a foreign corporation*

B.    United States District Court for the Western District of Washington (Seattle)

C.    2:07-CV-00748

D.    Judge James L. Robart

43.   A.    *Sarah Cavin, individually and all other Persons Similarly Situated v. Menu Foods; Menu Foods Income Fund; Menu Foods Gen Par Limited; Menu Foods Limited Partnership; Menu Foods Operating Partnership; Menu Foods Midwest Corp.; Menu Foods South Dakota; Menu Foods Holdings, Inc.; Menu Foods, Inc.; and Wal-Mart Stores, Inc.*

B.    United States District Court for the Southern District of Mississippi (Western)

C.    5:07-CV-00105

D.    Judge David C. Bramlette, III

44.   A.    *Dixie Keller, on behalf of herself and all others similarly situated v. Menu Foods Limited; Menu Foods Inc.; Menu Foods Midwest Corporation; Menu Foods Income Fund; Menu Foods South Dakota, Inc.; Menu Foods Holdings, Inc. And Does 1-100*

B.    United States District Court for the Middle District of Pennsylvania (Harrisburg)

C.    1:07-CV-00929

D.    Judge Sylvia H. Rambo

45.   A.    *Diane Lowery, individually and on behalf of a class of similarly situated persons v. Menu Foods Income Fund; Menu Foods Limited Partnership; Menu Foods Midwest Corp.; Menu Foods South Dakota; Menu Foods, Inc.; and Menu Foods Holdings, Inc.*

B.    United States District Court for the Northern District of California (San Francisco)

C.    3:07-CV-02665

D.    Judge Elizabeth D. Laporte

12

46.    A.    *John Colliard, as an individual consumer, and on behalf of all others similarly situated v. Menu Foods, Inc., a New Jersey corporation and Chemnutra, Inc., a Delaware corporation*

    B.    United States District Court for the Southern District of California (San Diego)

    C.    3:07-CV-00951

    D.    Judge Irma E. Gonzalez

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 3 1 2007

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE PET FOOD | ) ) ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL Docket No. ___1850___ |
| | ) ) ) | |

### CERTIFICATION OF SERVICE

The undersigned certifies that Defendant's: Notice of Potential Tag-Along Actions was filed with

the Judicial Panel on Multidistrict Litigation this 31st Day of May, 2007.  Notice of this filing was sent to the

parties as listed on the attached Judicial Panel on Multidistrict Litigation-Panel Attorney Service List by U.S.

Mail from One South Wacker Drive, Chicago, Illinois.

Edward B. Ruff (IL Bar No. 6184322)

Pretzel & Stouffer, Chartered

One South Wacker Drive - Suite 2500

Chicago, Illinois 60606

Telephone: (312) 346-1973

Fax: (312) 346-8242

Attorney for Menu Foods

2001 MAY 31 A 10: 50

RECEIVED CLERK'S OFFICE

JUDICIAL PANEL ON

*(Panel Attorney Service List for MDL 1,850 Continued)*                            Page 2

| ATTORNEY – FIRM | REPRESENTED PARTY(S) |
|---|---|
| Karp, Adam P.<br>Animal Law Offices<br>114 West Magnolia Street<br>Suite 425<br>Bellingham, WA 98225 | ⇒ Phone: (360) 392-3936<br>James, Don; Suggett, Michele |
| Myers, Michael David<br>Myers & Co., P.L.L.C.<br>1809 Seventh Avenue<br>Suite 700<br>Seattle, WA 98101 | ⇒ Phone: (206) 398-1188 Fax: (206) 400-1112<br>Whaley, Tom |
| Newman, Bruce E.<br>Newman, Creed & Associates<br>99 North Street, Route 6<br>P.O. Box 575<br>Bristol, CT 66011 | ⇒ Phone: (860) 583-5200 Fax: (860) 582-0012<br>Osborne, Lauri A.; Sokolwski, Todd* |
| Rottinghaus, Daniel L.<br>Berding & Weil<br>3240 Stone Valley Road West<br>Alamo, CA 94507 | ⇒ Phone: (925) 838-2090 Fax: (925) 820-5592<br>Swarberg, Diane* |
| Ruff, III, Edward B.<br>Pretzel & Stouffer, Chtd.<br>One South Wacker Drive<br>Suite 2500<br>Chicago, IL 60606-4673 | ⇒ Phone: (312) 346-1973 Fax: (312) 346-8242<br>Menu Foods*; Menu Foods Gen Par Ltd.*; Menu Foods Holding, Inc.*; Menu Foods Income Fund*; Menu Foods Ltd.*; Menu Foods Ltd. Partnership*; Menu Foods Midwest Corp.*; Menu Foods Operating Partnership*; Menu Foods South Dakota Inc.*; Menu Food, Inc.* |
| Savett, Sherrie R.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | ⇒ Phone: (215) 875-3071 Fax: (215) 875-5715<br>Cohen, Mark*; Cohen, Mona*; Workman, Jared* |
| Wal-Mart Stores, Inc.,<br>C/O Registered Agent<br>Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801-1120 | ⇒<br>Wal-Mart Stores, Inc. |
| Wexler, Kenneth A.<br>Wexler Toriseva Wallace, LLP<br>One North LaSalle Street<br>Suite 2000<br>Chicago, IL 60602 | ⇒ Phone: (312) 346-2222 Fax: (312) 346-0022<br>Sexton, Shirley* |

Note: Please refer to the report title page for complete report scope and key.

05/24/07  14:13 FAX                                                      ☑034
05/24/2007 13:17 FAX 2025022888           JPML                           ☑003

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**                Page 1

Docket: 1850 - In re Pet Food Products Liability Litigation
Status:  Pending on / /
Transferee District:        Judge:

Printed on 05/24/2007

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Berman, Steve W.<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Avenue<br>Suite 2900<br>Seattle, WA 98101 | => Phone: (206) 623-7292  Fax: (206) 623-0594<br>Heller, Stacey*; Johnson, Suzanne E.*; Klemann, Craig R.*; Kornelit , Audrey*; Mitchell, Cecily*;<br>Mitchell, Terrence*; Rapp, David*; Robinson, Toinette*; Smith, Bart :n* |
| Blim, John<br>Blim & Edelson, LLC<br>53 West Jackson Blvd.<br>Suite 1642<br>Chicago, IL 60604 | => Phone: (312) 913-9400  Fax: (312) 913-9401<br>Majerczyk, Dawn* |
| Craft, Perry A.<br>Craft & Sheppard, PLC<br>The Shiloh Building<br>214 Centerview Drive<br>Suite 223<br>Brentwood, TN 37027 | => Phone: (615) 309-1707  Fax: (615) 309-1717<br>Holt, Lizajean*; Lefebvre, Donna*; Leonard, Kim*; Leroy, Debra* |
| Davidson, Stuart A.<br>Lerach Coughlin Stoia Geller Rudman & Robbins, LLP<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33432-4809 | => Phone: (561) 750-3000  Fax: (561) 750-3364<br>Troiano, Christina* |
| Eukanuba,<br>One Proctor & Gamble Plaza C-2<br>Cincinnati, OH 45202 | =><br>Eukanuba |
| Hatfield, Jason Matthew<br>Lundy & Davis, LLP<br>300 North College Avenue<br>Suite 309<br>Fayetteville, AR 72701 | => Phone: (479) 527-3921  Fax: (479) 587-9196  Email: jhatfield@lund rdavis.com<br>Sims, Charles Ray*; Sims, Pamela* |
| Hutchinson, Jeremy Y.<br>Patton, Roberts, McWilliams & Capshaw, LLP<br>Stephens Building<br>111 Center Street<br>Suite 1315<br>Little Rock, AR 72201 | => Phone: (501) 372-3480  Fax: (501) 372-3488<br>Widen, Barbara*; Widen, Richard Scott* |
| Ireland, D. Jeffrey<br>Faruki, Ireland & Cox, P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, OH 45402 | => Phone: (937) 227-3710  Fax: (937) 227-3749  Email: djireland@ficl it.com<br>Iams Co.* |

Note: Please refer to the report title page for complete report scope and key.